--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 January 22, 2015
 

In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 22[nd] day of January, 2015.

10-14-00321-CV IN THE INTEREST OF H.J.Y.S., A CHILD - ON APPEAL FROM THE 361[ST] DISTRICT COURT OF BRAZOS COUNTY - TRIAL COURT NO. 12-003150-CV-361 - DISMISSED - Memorandum Opinion by Justice Scoggins:

"This cause came on to be heard on the motions of co-appellants, the Texas Department of Family and Protective Services and Frederica Antonio Yax-Sic, to dismiss this appeal, and the same being considered, because it is the opinion of the Court said motions should be granted; it is therefore ordered, adjudged and decreed that said motions be, and hereby are, granted. It is further ordered, adjudged and decreed that this appeal be, and hereby is, dismissed. It is further ordered that appellants pay all costs in this behalf expended and that this decision be certified below for observance."